**Gerard Valmore BROWN,**
**Petitioner–Appellant,**

v.

**Stephen GAL, Warden of FCI–Estill;**
**United States of America,**
**Respondents–Appellees.**

**No. 01–6517.**

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 26, 2001.

Gerard Valmore Brown, pro se.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Gerard Brown appeals from the district court's order construing his petition filed pursuant to 28 U.S.C. § 2241 (1994) as one filed under 28 U.S.C.A. § 2255 (West Supp.2001), and transferring the case to the District Court for the Middle District of North Carolina. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dis-

miss the appeal on the reasoning of the district court. *Brown v. Gal,* No. CA–00–2221–6–20–AK (D.S.C. Dec. 21, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*